DAVID J. KAMINSKI, ESQ., (SBN #128509)
kaminskid@cmtlaw.com
STEPHEN A. WATKINS, (SBN#205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
CREDITORS INTERCHANGE RECEIVABLE
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA MONTOYA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, d/b/a CREDITORS INTERCHANGE and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 2:10-cv-03037-PSG-RC<br><br>District Judge: Philip S. Gutierrez<br>Magistrate Judge: Rosalyn M. Chapman<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLASS ALLEGATIONS**<br><br>Date:   March 21, 2011<br>Time:   1:30 p.m.<br>Courtroom:   880 |

TO THE COURT:

IT IS HEREBY STIPULATED by and between Plaintiff, NINA MONTOYA ("Plaintiff") and Defendant, CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC("Defendant") through their respective counsel of record, as follows:

WHEREAS on April 22, 2010, Plaintiff filed her Complaint against

1

Defendant on behalf of herself and her putative class;

WHEREAS on February 28, 2011, Defendant filed its Motion to Strike Plaintiff's Class Action Allegations;

WHEREAS the hearing on Defendant's Motion to Strike is currently scheduled for March 21, 2011;

NOW THEREFORE, the Parties stipulate as follows:

That Plaintiff's class action allegations be dismissed without prejudice;

That the hearing on Defendant's Motion to Strike currently scheduled for March 21, 2011 be taken off calendar.

This Stipulation is made pursuant to the authority in Fed. R. Civ. P. 41(a)(1).

IT IS SO STIPULATED

DATED: March 11, 2011    LAW OFFICES OF AMIR J. GOLDSTEIN

By    /s/Amir J. Goldstein
      Amir J. Goldstein
      Attorneys for Plaintiff
      NINA MONTOYA

DATED: March 11, 2011    CARLSON & MESSER LLP

By    /s/David J. Kaminski
      David J. Kaminski
      Stephen A. Watkins
      Attorneys for Defendant,
      CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC

06315.00/172533    STIPULATION TO DISMISS CLASS ACTION ALLEGATIONS