E-FILED 04-15-2011

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NINA MONTOYA, | ) | CASE NO.: 2:10-cv-03037-PSG |
|---|---|---|
| Plaintiff, | ) ) ) | **[PROPOSED] JUDGMENT GRANTING DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO F.R.C.P. 68** |
| v. | ) ) | |
| CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, DBA CREDITORS INTERCHANGE | ) ) ) ) | District Judge: Hon. Philip S. Gutierrez Magistrate Judge: Hon. Charles F. Eick TRIAL DATE: August 23, 2011 |
| Defendant. | ) ) | PRE-TRIAL CONF.: August 8, 2011 DISCOVERY CUT-OFF: April 1, 2011 |

Based on the Plaintiffs' Acceptance of the Offer of Judgment made by Defendant Creditors Interchange Receivables Management, LLC, filed on March 30, 2011, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. Defendant allows judgment to be taken against Defendant and in favor of Plaintiff Nina Montoya;
2. Judgment shall be entered in the amount of $5,002.00 for Plaintiff Nina Montoya;
3. Judgment shall be entered for reasonable attorney's fees and costs in connection with Plaintiff Montoya's action to be added to the Judgment as against Defendant. Said fees and costs are to be in an amount to be agreed upon by counsel for the parties; or if the parties are unable to reach an agreement, then fees and costs shall be determined by the Court, upon Motion within 30 days;

**IT IS SO ORDERED.**

Dated:  4/15/11                           **PHILIP S. GUTIERREZ**

                                           United States District Court Judge