```
 1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
    kaminskid@cmtlaw.com
 2  STEPHEN A. WATKINS, (SBN#205175)
    watkinss@cmtlaw.com
 3  CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214
 4  Los Angeles, California 90045
    (310) 242-2200 Telephone
 5  (310) 242-2222 Facsimile

 6  Attorneys for Defendant
    CREDITORS INTERCHANGE RECEIVABLE
 7

 8
                     UNITED STATES DISTRICT COURT
 9
                    CENTRAL DISTRICT OF CALIFORNIA
10
11  NINA MONTOYA, individually    )  CASE NO. 2:10-cv-03037-PSG-RC
    and on behalf of all others similarly )
12  situated,                     )  District Judge: Philip S. Gutierrez
                                  )  Magistrate Judge: Rosalyn M. Chapman
13              Plaintiff,        )
                                  )  STIPULATION RE DISMISSAL OF
14       v.                       )  ENTIRE ACTION AND ALL
                                  )  PARTIES
15                                )
    CREDITORS INTERCHANGE         )  [FILED CONCURRENTLY WITH
16  RECEIVABLE MANAGEMENT,        )  [PROPOSED] ORDER RE:
    LLC, d/b/a CREDITORS          )  STIPULATION RE: DISMISSAL OF
17  INTERCHANGE and DOES 1        )  ENTIRE ACTION AND ALL
    through 10, inclusive,        )  PARTIES, WITH PREJUDICE
18                                )
                Defendant.        )
19                                )
20                                )
                                  )
21                                )
                                  )
22                                )
                                  )
23

24       IT IS HEREBY STIPULATED by and between Plaintiff, NINA MONTOYA

25  ("Plaintiff") and Defendant, CREDITORS INTERCHANGE RECEIVABLE

26  MANAGEMENT, LLC ("Defendant") through their respective counsel of record,

27  that Plaintiff shall dismiss, with prejudice, the above-entitled lawsuit in its entirety

28
```

as to all parties named therein, pursuant to FRCP 41(a)(1).

DATED: July 12, 2011   LAW OFFICES OF AMIR J. GOLDSTEIN

By  /s/Amir J. Goldstein
    Amir J. Goldstein
    Attorneys for Plaintiff
    NINA MONTOYA

DATED: July 12, 2011   CARLSON & MESSER LLP

By  /s/David J. Kaminski
    David J. Kaminski
    Stephen A. Watkins
    Attorneys for Defendant,
    CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

2

06315.00/173340   STIPULATION RE: DISMISSAL OF ENTIRE ACTION